UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ANGELOTTI CHIROPRACTIC,
INC., et al.,

     Plaintiffs,

v.

CHRISTINE BAKER, et al.,

     Defendants.

Case No. SACV -1139-GW(JEMx)

**Judgment Under Rule 54(b)**

     For the reasons given in the Court's "Tentative Ruling" on Defendants' Motion to Dismiss Plaintiffs' Claims provided to the parties on November 4, 2013 (see Docket No. 49), as well as for the reasons stated on the record at the hearings conducted on November 4 and 7, 2013, the Court granted the motion to dismiss with respect to some (but not all) of the Plaintiffs' claims and as to some (but not all) of the Defendants in this action.  The Court determines that there is no just reason for delay[1] and therefore directs entry of final judgment as to the following claims and parties, pursuant to Federal Rule of Civil Procedure 54(b):

     1.    As to COUNT I of the First Amended Complaint (Violation of the United States Constitution, Amendment V, Takings Clause), judgment shall be entered in favor of all Defendants and against all Plaintiffs;

     2.    As to COUNT II of the First Amended Complaint (Violation of the United States Constitution, Amendment XIV, Due Process Clause), judgment shall be entered in favor of all Defendants and against all Plaintiffs.

---

[1] In so finding, the Court notes that it also granted Plaintiffs' Motion for Preliminary Injunction, which is immediately appealable under 28 U.S.C. § 1292(a)(1).

3.     As to COUNT IV of the First Amended Complaint (Violation of 42 U.S.C. § 1983), judgment shall be entered in favor of all Defendants and against all Plaintiffs only insofar as Count IV raises a claim under the Due Process Clause or the Takings Clause.  In all other respects, no further judgment is entered with respect to Count IV.

4.     The Court further directs that judgment be entered in favor of Defendants Christine Baker and Ronnie Caplane and against all Plaintiffs as to all remaining counts in the First Amended Complaint.  No further judgment is entered as to Defendant Destie Overpeck except as noted in Paragraphs 1-3 above.


Dated: November 12, 2013

_____

United States District Court
Central District of California
Los Angeles Division

[PROPOSED] JUDGMENT UNDER RULE 54(B)